**Motion GRANTED and Order filed September 10, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00509-CV

_____

## IN RE UBER TECHNOLOGIES, INC., Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 125th District Court
### Harris County, Texas
### Trial Court Cause No. 2020-67824

---

## ORDER

On September 9, 2021, relator Uber Technologies, Inc., filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Kyle Carter, Judge of the 125th District Court, in Harris County, Texas, to set aside his (1) July 5, 2021 discovery order; (2) August 27, 2021 ruling denying relator's motion for reconsideration; (3) August 30, 2021 order requiring relator to comply with his July 5, 2021 discovery order; and (4) September 9, 2021 order denying relator's

motion to vacate or to stay, entered in trial court number 2020-67824, styled *Jane Doe v. Uber Technologies, Inc., et al.*

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On September 9, 2021, relator asks this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the (1) July 5, 2021 discovery order; (2) August 27, 2021 ruling denying relator's motion for reconsideration; (3) August 30, 2021 order requiring relator to comply with the July 5, 2021 discovery order; and (4) September 9, 2021 order denying relator's motion to vacate or to stay, entered in trial court cause number 2020-67824, *Jane Doe v. Uber Technologies, Inc., et al.*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Jane Doe, the real party-in-interest, to file a response to the petition for writ of mandamus on or before September 27, 2021. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.